## People, on relation of Michael Sage, v. The Township Board of Springwells.

*Certiorari to Township Board — return to, by Town Clerk — fees to be prepaid.* — On a common law certiorari to a Township Board, the Town Clerk is entitled to payment of his fees for making a return under section 5643 of Compiled Laws, and is not obliged to make return until such fees have been paid.

*Heard and decided May 2.*

THE PEOPLE *v.* HAMMOND.

The Commissioners of Highways for the Township of Springwells having . ordered the laying out of a certain highway through the property of the relator, which order, on appeal to the Township Board, was affirmed, the relator sought by a writ of *certiorari* to bring the matter before this Court for review. The Town Clerk having neglected to make return to the writ, an order was granted requiring him to show cause; in answer to which it appeared that his fees for making such return had not been paid.

*George S. and E. Y. Swift,* for the Clerk.
*H. M. Cheever,* for plaintiff in error.

The Court held that on a common law *certiorari* to a Township Board, the Town Clerk was entitled to payment of his fees by the plaintiff in error for making a return - to the writ, under §5643 of the Compiled Laws, and that he was not obliged to make return until such fees had been paid.